ORIGINAL

FILED
APR 5 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JANE DOE a/k/a ROBYN LYNN KIMURA,<br><br>    Defendant. | CR-10-0233 WHA<br>No. CR 3-10-70161 EMC<br><br>[PROPOSED] STIPULATED ORDER ADVANCING PRELIMINARY HEARING DATE |

The defendant Jane Doe a/k/a Robyn Lynn Kimura is current scheduled for arraignment on an Information on Friday, April 16, 2010. Defense counsel is now unavailable on that date because of a work-related assignment. Therefore, the defense requests that the arraignment on the Information be advanced to Thursday, April 8, 2010 at 9:30 a.m.. The government has no objection to this request.

//
//
//
//
//
//

*Kimura*, CR 3-10-70161 EMC
ORD. ADVANCING ARRAIGNMENT

Therefore, for good cause shown the arraignment for Ms. Kimura shall be advanced to Thursday, April 8, 2010 at 9:30 a.m..

IT IS SO ORDERED.

5 Apr 10
DATED

BERNARD ZIMMERMAN
United States Magistrate Judge

IT IS SO STIPULATED.

April 5, 2010
DATED

/s/
CYNTHIA FREY
Assistant United States Attorney
Northern District of California

April 5, 2010
DATED

/s/
BARRY J. PORTMAN
Federal Public Defender
Northern District of California
STEVEN G. KALAR
Assistant Federal Public Defender